# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE A. TOLIVER,
                    Appellant,
vs.
MARCEE CLARK, SPECIAL
ADMINISTRATRIX OF THE ESTATE
OF MATTIE MCAFEE, DECEASED,
                    Respondent.

No. 70042

**FILED**

APR 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
            DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Susan Scann, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for reconsideration. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-10299

cc: Hon. Susan Scann, District Judge
George A. Toliver
Bremer Whyte Brown & O'Meara, LLP
Eighth District Court Clerk